Kenneth D. Sulzer (SBN 120253)
ksulzer@constangy.com
Barbara I. Antonucci (SBN 209039)
bantonucci@constangy.com
Aaron M. Rutschman (SBN 288276)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
351 California, Suite 200
San Francisco, CA  94111
Telephone:  415.918.3000
Facsimile:   415.918.3005

Attorneys for Defendant
**CITISTAFF SOLUTIONS, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLENISHA JOVAN WYCOFF, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.,<br><br>Defendants. | Case No.<br><br>[Removal from Superior Court of California, San Mateo County Case No.  18CIV00862]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441(a)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF CLENISHA JOVAN WYCOFF:

**PLEASE TAKE NOTICE** that Defendant CitiStaff Solutions, Inc. ("Defendant" or "CitiStaff") hereby removes this action from the Superior Court of the State of California for the County of San Mateo to the United States District Court for the Northern District of California. This removal is based on federal question, pursuant to 28 U.S.C. § 1441(a), for the reasons stated below:

## I. STATEMENT OF FACTS

1. On February 21, 2018, an action was commenced in the Superior Court of the State of California in and for the County of San Mateo by Plaintiff Clenisha Jovan Wycoff ("Plaintiff"), which action is entitled *Clenisha Jovan Wycoff v. CitiStaff Solutions, Inc. et al.*, Case No. 18CIV00862 (the "State Court Action"). A true and correct copy of the Complaint For Damages (the "Complaint") filed in the State Court Action is attached as **Exhibit A** to the Declaration of Barbara I. Antonucci ("Antonucci Decl.").

2. In addition to the Complaint, on February 21, 2018, Plaintiff filed a Civil Case Cover Sheet (the "Cover Sheet") in the State Court Action. A true and correct copy of the Cover Sheet is attached as **Exhibit B** to the Antonucci Decl.

3. On February 21, 2018, following receipt of the Complaint and Cover Sheet, the San Mateo County Superior Court issued a Notice of Case Management Conference. A true and correct copy of the Summons is attached as **Exhibit C** to the Antonucci Decl.

4. On April 17, 2018, Plaintiff filed Proofs of Service – Civil relative to Tesla and Defendant CitiStaff Solutions, Inc. ("CitiStaff"). Pursuant to the Proofs of Service, Plaintiff advised that on April 17, 2018, Plaintiff served Tesla and CitiStaff with the State Court Acton, the Civil Cover Sheet, a Notice to Complainant and Respondent from the Department of Fair Housing and Employment ("DFEH"), a Notice to Complainant of Right to Sue from the DFEH and a Notice of Case Management Conference. A true and correct copy of the Notice to Complainant and Respondent from the DFEH is attached as **Exhibit D** to the Antonucci Decl. A true and correct copy of the Notice to Complainant of Right to Sue from the DFEH is attached as **Exhibit E** to the Antonucci Decl. A true and correct copy of the Proof of Service – Civil purportedly served on Tesla

is attached as **Exhibit F** to the Antonucci Decl. A true and correct copy of the Proof of Service – Civil served on CitiStaff is attached as **Exhibit G** to the Antonucci Decl.

5. In accordance with 28 U.S.C. § 1446(d), CitiStaff will, promptly after filing this Notice of Removal (the "Notice"), give written notice of the filing of the Notice to Plaintiff and the Clerk of the San Mateo County Superior Court.

## II. FEDERAL QUESTION JURISDICTION EXISTS UNDER 42 U.S.C. § 1981

6. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed by CitiStaff pursuant to the provisions of 28 U.S.C. § 1441. 28 U.S.C. § 1331 provides that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." Any such action may be removed to the district court if it is originally filed in a state court:

> "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

28 U.S.C. § 1441(a). Removal on such "federal question" grounds is proper even if the parties are not of diverse citizenship, and without regard to the amount in controversy. 28 U.S.C. § 1441(b).

7. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by CitiStaff pursuant to the provisions of 28 U.S.C. § 1441(a) in that the only claim alleged in the Complaint arises under Article VII of the US Constitution.

8. Therefore, removal of this action is appropriate under the original jurisdiction of this Court.

## III. REMOVAL IS TIMELY

9. This action is being removed within 30 days of the time when CitiStaff first became aware that it was removable, on or about April 17, 2018. "[A] notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended

pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b).

### IV. INTRADISTRICT ASSIGNMENT

10. Assignment to the San Francisco/Oakland Division is proper because the state action filed by Plaintiff is pending in the Superior Court of the County of San Mateo. 28 U.S.C. § 1446(a); Northern District L.R. 3-2(e).

### V. CONCLUSION

11. Because Plaintiff's Complaint raises questions of federal law, Defendant respectfully requests that this Court exercise its removal jurisdiction over this action.

12. All other defendants who have been served with the Summons and the Complaint have consented to and joined in this Notice of Removal.

WHEREFORE, CitiStaff removes the above-entitled action now pending in the Superior Court of the State of California for the County of San Mateo to this Court.

DATED: May 16, 2018    **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: /s/ *Barbara I. Antonucci*
Barbara I. Antonucci
Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.