1   Kenneth D. Sulzer (SBN 120253)
    ksulzer@constangy.com
2   Barbara I. Antonucci (SBN 209039)
    bantonucci@constangy.com
3   Aaron M. Rutschman (SBN 288276)
    arutschman@constangy.com
4   **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
5   351 California, Suite 200
    San Francisco, CA 94111
6   Telephone: 415.918.3000
    Facsimile: 415.918.3005
7

8   Attorneys for Defendant
    **TESLA, INC. DBA TESLA MOTORS, INC.**
9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12

13  CLENISHA JOVAN WYCOFF, an individual      Case No.

14
                    Plaintiff,                [Removal from Superior Court of California, San
15                                            Mateo County Superior Court Case No.
                                              18CIV00862]
16
            vs.
17                                            **DECLARATION OF BARBARA I.
                                             ANTONUCCI IN SUPPORT OF
18                                            DEFENDANT CITISTAFF, INC.'S NOTICE
    TESLA, INC. DBA TESLA MOTORS, INC.;       OF REMOVAL OF CIVIL ACTION UNDER
19  CITISTAFF SOLUTIONS, INC.,                **28 U.S.C. §§ 1331 and 1441(a)**

20                  Defendants.

21

22

23

24

25

26

27

28

## DECLARATION OF BARBARA I. ANTONUCCI

I, Barbara I. Antonucci declare as follows:

1. I am a Partner with the law firm Constangy, Brooks, Smith & Prophete, LLP, attorneys of record for Defendant CitiStaff Solutions, Inc. ("Defendant" or "CitiStaff"). I am admitted to practice in the State of California and the United States District Court for the Northern District of California. The following facts are within my personal knowledge and, if called as a witness, could and would testify competently thereto.

2. On February 21, 2018, an action was commenced in the Superior Court of the State of California in and for the County of San Mateo by Plaintiff Clenisha Jovan Wycoff ("Plaintiff"), which action is entitled *Clenisha Jovan Wycoff v. CitiStaff Solutions, Inc. et al.*, Case No. 18CIV00862 (the "State Court Action"). A true and correct copy of the Complaint for Damages (the "Complaint") and accompanying Statement of Facts filed in the State Court Action is attached hereto as **Exhibit A**.

3. In addition to the Complaint, on February 21, 2018, Plaintiff filed a Civil Case Cover Sheet (the "Cover Sheet") in the State Court Action. A true and correct copy of the Cover Sheet is attached hereto as **Exhibit B**.

4. On February 21, 2018, following receipt of the Complaint and Cover Sheet, the San Mateo County Superior Court issued a Notice of Case Management Conference. A true and correct copy of the Summons is attached hereto as **Exhibit C**.

5. On April 17, 2018, Plaintiff filed Proofs of Service – Civil relative to CitiStaff and Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Tesla"). Pursuant to the Proofs of Service, Plaintiff advised that on or about April 16, 2018, Plaintiff served CitiStaff and Tesla with the State Court Acton, the Civil Cover Sheet, a Notice to Complainant and Respondent and Notice to Complainant of Right to Sue from the Department of Fair Housing and Employment ("DFEH") for EEO Charge Nos. 556-2017-00275 and 556-2017-00276. A true and correct copy of the Notice for Charge No. 556-2017-00275 is attached hereto as **Exhibit D**. A true and correct copy of the Notice for Charge No. 556-2017-00276 is attached hereto as **Exhibit E**. A true and correct copy of the Proof of Service

1  – Civil purportedly served on Tesla is attached as **Exhibit F**. A true and correct copy of the Proof

2  of Service – Civil served on CitiStaff is attached hereto as **Exhibit G**.

3     6.    To my knowledge, Exhibits A-G described above constitute all of the pleadings,

4  process, and orders to date in the State Court Action.

5     7.    In accordance with 28 U.S.C. § 1446(d), CitiStaff will, promptly after filing this

6  Notice of Removal (the "Notice"), give written notice of the filing of the Notice to Plaintiff and the

7  Clerk of the Alameda County Superior Court.

8

9     I declare under penalty of perjury under the laws of the United States of America and the

10  State of California that the foregoing is true and correct to the best of my knowledge and belief and

11  that this declaration was executed this 16th day of May 2018 at San Francisco, California.

12

13     */s/ Barbara I. Antonucci*
      Barbara I. Antonucci

EXHIBIT A

 CT Corporation

**TO:**   Legal Department
Tesla, Inc.
901 Page Ave.
Fremont, CA 94538-6326

**RE:**   **Process Served in California**

**FOR:**   Tesla Motors, Inc. (Former Name) (Domestic State: DE)
Tesla, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS DIRECTED TO CT BY THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Clenisha Jovan Wycoff, Pltf. vs. CitiStaff Solutions and Tesla Motors, Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Complaint, Statement(s), Notice(s), Attachment |
| **COURT/AGENCY:** | San Mateo County - Superior Court, CA Case # 18CIV00862 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **DATE AND HOUR OF SERVICE:** | -- |
| **DATE AND METHOD DOCUMENT WAS DELIVERED TO CT:** | By Electronic Delivery from your firm on 04/17/2018 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | June 20, 2018 |
| **ATTORNEY(S) / SENDER(S):** | Clenisha J. Wycott 947 Alberni Street East Palo Alto, CA 94303 650-468-3283 |
| **REMARKS:** | Please note: Transmittal has been updated to correct the received by location/date. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/18/2018, Expected Purge Date: 04/23/2018 |
| | Image SOP |
| | Email Notification, Legal Department  legal@teslamotors.com |
| **CT CONTACT INFO :** | Global Processing Center 800-592-9023 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

ENDORSED FILED
SAN MATEO COUNTY

FEB 2 1 2018

Clerk of the Superior Court
by UNA FINAU
DEPUTY CLERK

| | |
|---|---|
| CLENISHA JOVAN WYCOFF | Case No. **18CIV00862** |
| | (to be filled in by the Clerk's Office) |
| **Plaintiff(s)** | |
| *(Write the full name of each plaintiff who is filing this complaint.* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| CITISTAFF SOLUTIONS | |
| TESLA MOTORS | |
| | |
| **Defendant(s)** | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Clenisha J. Wycoff |
| Street Address | 947 Alberni Street |
| City and County | East Palo Alto, |
| State and Zip Code | California 94303 |
| Telephone Number | (650) 468-3283 |
| E-mail Address | missharriett@hotmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                    CitiStaff Solutions

    Job or Title *(if known)*

    Street Address        37053 Cherry Street

    City and County      Newark

    *State and Zip Code*    California 94560

    Telephone Number    (510) 797-2581

    E-mail Address *(if known)*

Defendant No. 2

    Name                    Tesla Motors

    Job or Title *(if known)*

    Street Address        4550 Fremont Blvd

    City and County      Fremont

    *State and Zip Code*    California 94538

    Telephone Number    (510)249-3650

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    *State and Zip Code*

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    *State and Zip Code*

    Telephone Number

    E-mail Address *(if known)*

C.     **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | CitiStaff Solutions |
| Street Address | 37053 Cherry Street |
| City and County | Newark |
| State and Zip Code | California 94560 |
| Telephone Number | (510)0797-2581 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓]     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ]     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]     Other federal law *(specify the federal law)*:

[ ]     Relevant state law *(specify, if known)*:

[ ]     Relevant city or county law *(specify, if known)*:

**III.** **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

11-27-16 through 12-19-16

C.    I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race — Black
- [ ] color — _____
- [x] gender/sex — Female of LGBT Community
- [ ] religion — _____
- [ ] national origin — _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

After having a successful interview and taking all assessment test, passing drug test I was informed that I was a good fit for a production position at Tesla Motors. I was given on board information as to the shift and time I would work, etc. *I dropped into the CitiStaff Solutions office and was asked to take a picture for my badge. The next day I* received a call from CitiStaff office manager, Monica De Leon stating that I was not a fit for the position at Tesla Motors. I asked for information regarding "not a fit" and was told that they would contact Tesla Motors for details. I never heard from them with an explanation. I am acquainted with people as well as relatives who work at Tesla Motors. They went in with no experience AT ALL! Please find attached copies of email conversations.
During scheduled mediation with CitiStaff Solutions, I was offered $1500 to settle my complaint. I denied the offer.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
2-16-17

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    02/27/17    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.
☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Loss of Back Wages from 12/26/17 to 6/2/17 =$32,844 (based on 12 hour mandatory work day, 6 days per week at $17 per hour and $25.50 per hour overtime rate)
*Loss of Front Wages from 6/3/17 to 10/19/17=$25,704 (obtained employment 10/20/17)*

Punitive/Exemplary damages=$25,000
I experienced severe depression during the entire time I dealt with this situation. The stress brought about a severe outbreak of eczema leading to a skin infection that took months to clear up. I gave CitiStaff adequate opportunities to rectify the situation, to no avail.
Supporting documentation attached.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have *evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable* opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        February 19, 2018

Signature of Plaintiff        *Clenisha J Wycoff*
Printed Name of Plaintiff        Clenisha Jovan Wycoff

### B. For Attorneys

Date of signing:        _____

Signature of Attorney        _____
Printed Name of Attorney        _____
Bar Number        _____
Name of Law Firm        _____
Street Address        _____
State and Zip Code        _____
Telephone Number        _____
*E-mail Address*        _____

## STATEMENT OF FACTS FOR CLENISHA WYCOFF
## EMPLOYMENT DISCRIMINATION CHARGE AGAINST CITISTAFF SOLUTIONS

On or about November 30, 2016; I, Clenisha Wycoff applied for employment with CitiStaff Solutions as a contract worker. Upon filling out various application paperwork and taking a math assessment test I was interviewed by Monique Claros. Monique informed me of the position at Tesla Motors. Monique informed me that I was a good fit for the production line at Tesla Motors.

I returned about two weeks later after my background check had cleared. I presented Monique Claros a copy of my DMV report as was requested. At that point I was given the "on board" paperwork for Tesla Motors to sign. The paperwork had hours to be worked, pay rate, break times and all rules, safety information, etc. After signing all paperwork, Monique mentioned that she should take my picture for the badge that I would need to access the Tesla Motors building when reporting for work.

After having my picture taken within a few days, December 19, 2016 I received a phone message and an email from Monica Deleon stating, "Unfortunately we got the results back for you eligibility and you don't qualify for production. So tomorrow you will not be taking the assessment test. If you have any questions please give us a call." I emailed Monique on December 19, 2016 for clarification . Monique informed me that she would look into the reason and there was an opening at Toyota that paid $14 per hour. I never heard from Monique regarding Toyota. I asked her about it once again and again no answer (see attached email).

After numerous emails I never received any information as to why Tesla felt I was not a "fit." I also did not get any other job referrals from CitiStaff Solutions.

EXHIBIT B

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

Clenisha J Wycoff

TELEPHONE NO.: 650 468-3283   FAX NO. *(Name):*

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, CA 94063-1655
BRANCH NAME:

CASE NAME:
WYCOFF V CitiStaff Solutions + Tesla Motor

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 18CIV00862 |
|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT: |

18 -- CIV -- 00862
CCCS
Civil Case Cover Sheet
988592

FOR COURT USE ONLY

**FILED**
SAN MATEO COUNTY
FEB 21 2018
Clerk of the Superior Court
DEPUTY CLERK

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☒ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☒ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☒ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:

Clenisha J Wycoff
(TYPE OR PRINT NAME)                                    ▶ Clenisha Wycoff
                                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

American LegalNet, Inc.
www.FormsWorkflow.com

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
　Asbestos Property Damage
　Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
　Medical Malpractice– Physicians & Surgeons
　Other Professional Health Care Malpractice
Other PI/PD/WD (23)
　Premises Liability (e.g., slip and fall)
　Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
　Intentional Infliction of Emotional Distress
　Negligent Infliction of Emotional Distress
　Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
　Legal Malpractice
　Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
　Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
　Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
　Negligent Breach of Contract/ Warranty
　Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
　Collection Case–Seller Plaintiff
　Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
　Auto Subrogation
　Other Coverage
Other Contract (37)
　Contractual Fraud
　Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
　Writ of Possession of Real Property
　Mortgage Foreclosure
　Quiet Title
　Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
　Writ–Administrative Mandamus
　Writ–Mandamus on Limited Court Case Matter
　Writ–Other Limited Court Case Review
Other Judicial Review (39)
　Review of Health Officer Order
　Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
　Abstract of Judgment (Out of County)
　Confession of Judgment *(non-domestic relations)*
　Sister State Judgment
　Administrative Agency Award *(not unpaid taxes)*
　Petition/Certification of Entry of Judgment on Unpaid Taxes
　Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
　Declaratory Relief Only
　Injunctive Relief Only *(non-harassment)*
　Mechanics Lien
　Other Commercial Complaint Case *(non-tort/non-complex)*
　Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
　Civil Harassment
　Workplace Violence
　Elder/Dependent Adult Abuse
　Election Contest
　Petition for Name Change
　Petition for Relief From Late Claim
　Other Civil Petition

EXHIBIT C

# NOTICE OF CASE MANAGEMENT CONFERENCE

**FILED**
**SAN MATEO COUNTY**

FEB 21 2018

Clerk of the Superior Court

*Wycoff*

vs.

*Citistaff Solutions Tesla Motors*

Case No: 18CIV00862

Date: JUN 20 2018

Time 9:00 a.m.

18 - CIV - 00862
NCMC
Notice of Case Management Conference
998594

Dept. _____ --on Tuesday & Thursday
Dept. _21_ --on Wednesday & Friday

You are hereby given notice of your Case Management Conference. The date, time and department have been written above.

1. In accordance with applicable California Rules of the Court and local Rules 2.3(d)1-4 and 2.3(m), you are hereby ordered to:

   a) Serve all named defendants and file proofs of service on those defendants with the court within 60-days of filing the complaint (CRC 201.7).

   b) Serve a copy of this notice, Case Management Statement and ADR Information Sheet on all named parties in this action.

   c) File and serve a completed Case Management Statement at least 15-days before the Case Management Conference [CRC 212(g)]. Failure to do so may result in monetary sanctions.

   d) Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 212(f) no later than 30-days before the date set for the Case Management Conference.

2. If you fail to follow the orders above, you are ordered to show cause why you should not be sanctioned. The Order to Show Cause hearing will be at the same time as the Case Management Conference hearing. Sanctions may include monetary, evidentiary or issue sanctions as well as striking pleadings and/or dismissal.

3. Continuances of Case Management Conferences are highly disfavored unless good cause is shown.

4. Parties may proceed to an appropriate dispute resolution process ("ADR") by filing a Stipulation to ADR and Proposed Order (see attached form). If plaintiff files a Stipulation to ADR and Proposed Order electing to proceed to judicial arbitration, the Case Management Conference will be taken off the court calendar and the case will be referred to the Arbitration Administrator. If plaintiffs and defendants file a completed stipulation to another ADR process (e.g., mediation) 10-days prior to the first scheduled Case Management Conference, the Case Management Conference will be continued for 90-days to allow parties time to complete their ADR session. The court will notify parties of their new Case Management Conference date.

5. If you have filed a default or a judgment has been entered, your case is not automatically taken off Case Management Conference Calendar. If "Does", "Roes", etc. are named in your complaint, they must be dismissed in order to close the case. If any party is in bankruptcy, the case is stayed only as to that named party.

6. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

7. The Case Management judge will issue orders at the conclusion of the conference that may include:

   a) Referring parties to voluntary ADR and setting an ADR completion date;

   b) Dismissing or severing claims or parties;

   c) Setting a trial date.

8. The Case Management judge may be the trial judge in this case.

For further information regarding case management policies and procedures, see the court's website at: www.sanmateocourt.org

*Telephonic appearances at case management conferences are available by contacting CourtCall, LLC, an independent vendor, at least five business days prior to the scheduled conference (see attached CourtCall information).*

EXHIBIT D

 STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency      GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2218 Kausen Drive, Suite 100 | Elk Grove | CA |95758
800-884-1684 | TDD 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

DIRECTOR KEVIN KISH

EEOC Charge No.: 556-2017-00275

Wycoff, Clenisha J.  vs.
CITISTAFF SOLUTIONS
FEBRUARY 22, 2017

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH), a state agency, and the United States Equal Employment Opportunity Commission (EEOC), a federal agency. The complaint will be filed in accordance with California Government Code section 12960. The notice constitutes service pursuant to Government Code section 12962.

*The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.*

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your state Right to Sue notice. This state Right to Sue Notice allows you to file a private lawsuit. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be *brought within one year from the date of this notice* or, pursuant to Government Code section 12965, subdivision (d)(2), 90 days from receipt of the federal right-to-sue letter from the EEOC, whichever is later. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

EXHIBIT E



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                    GOVERNOR EDMUND G. BROWN JR.
**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                    DIRECTOR KEVIN KISH
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 | TDD 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

EEOC Charge No.: 556-2017-00276

*Wycoff, Clenisha J. vs.*
TESLA MOTORS
FEBRUARY 22, 2017

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH), a state agency, and the United States Equal Employment Opportunity Commission (EEOC), a federal agency. The complaint will be filed in accordance with California Government Code section 12960. The notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

### NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your state Right to Sue notice. <u>This state Right to Sue Notice allows you to file a private lawsuit.</u> According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be *brought within one year from the date of this notice or, pursuant to Government Code section* 12965, subdivision (d)(2), 90 days from receipt of the <u>federal</u> right-to-sue letter from the EEOC, whichever is later. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

EXHIBIT F

6/20
c/m

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|

NAME: CLENISHA JOVAN WYCOFF

FIRM NAME:

STREET ADDRESS: 947 Alberni Street

CITY: East Palo Alto                    STATE: CA    ZIP CODE: 94303

TELEPHONE NO.:                    FAX NO. :

E-MAIL ADDRESS:

ATTORNEY FOR (name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo

STREET ADDRESS: 400 County Center

MAILING ADDRESS:

CITY AND ZIP CODE: Redwood City, CA 94063-1655

BRANCH NAME:

**FILED**
**SAN MATEO COUNTY**
APR 1 7 2018
Clerk of the Superior Court
By
DEPUTY CLERK

Plaintiff/Petitioner: CLENISHA JOVAN WYCOFF

Defendant/Respondent: TESLA MOTORS

CASE NUMBER:
18CIV00862

JUDICIAL OFFICER:

DEPARTMENT:

### PROOF OF SERVICE—CIVIL

**Check method of service (only one):**

[X] By Personal Service    [ ] By Mail    [ ] By Overnight Delivery

[ ] By Messenger Service    [ ] By Fax

***Do not use this form to show service of a summons and complaint or for electronic service.***
***See USE OF THIS FORM on page 3.***

1. At the time of service I was over 18 years of age **and not a party to this action.**

2. My residence or business address is:
   P.O. BOX 52070  East Palo Alto, CA 94303

3. [ ] The fax number from which I served the documents is (complete if service was by fax):

18 – CIV – 00862
PSQ1
Proof of Service by
1093923

4. On (date): April 17, 2018    I served the following **documents** (specify):
   COMPLAINT FOR EMPLOYMENT DISCRIMINATION
   STATEMENT OF FACTS FROM CLENISHA JOVAN WYCOFF

   [X] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: TESLA MOTORS
   b. [X] (Complete if service was by personal service, mail, overnight delivery, or messenger service.)
      Business or residential address where person was served:
      901 Page Avenue, Fremont  CA 94538
   c. [ ] (Complete if service was by fax.)
      Fax number where person was served:

   [ ] The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means (specify):
   a. [X] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

| CASE NAME: | CASE NUMBER: |
|---|---|
| CLENISHA JOVAN WYCOFF v CITI STAFF SOLUTIONS/TESLA MOTORS | 18CIV00862 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and (specify one):

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at (city and state):

  c. ☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)

  e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 17, 2018

Harriett Wycoff

    (TYPE OR PRINT NAME OF DECLARANT)            (SIGNATURE OF DECLARANT)

(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

    At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

    I served the envelope or package, as stated above, on (date):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)            (SIGNATURE OF DECLARANT)

    **PROOF OF SERVICE—CIVIL**     
                             (Proof of Service)

| SHORT TITLE: WYCOFF v CITISTAFF SOLUTIONS AND TESLA MOTORS | CASE NUMBER: 18CIV00862 |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)
*(This Attachment is for use with form POS-040)*

**The documents that were served are as follows (describe each document specifically):**

NOTICE OF CASE MANAGEMENT CONFERENCE

NOTICE OF COMPLAINANT AND RESPONDENT

NOTICE TO COMPLAINANT OF RIGHT TO SUE

STATEMENT OF FACTS FROM CLENISHA JOVAN WYCOFF

CIVIL APPROPRIATE DISPUTE RESOLUTION INFORMATION SHEET

Form Approved for Optional Use
Judicial Council of California
POS-040(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)**
*(Proof of Service)*

Page 1 of 1

EXHIBIT G

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY:** *STATE BAR NO:* <br> NAME: CLENISHA JOVAN WYCOFF <br> FIRM NAME: <br> STREET ADDRESS: 947 Alberni Street <br> CITY: East Palo Alto    STATE: CA    ZIP CODE: 94303 <br> TELEPHONE NO.:    FAX NO.: <br> E-MAIL ADDRESS: <br> ATTORNEY FOR (*name*): | **FOR COURT USE ONLY** <br><br> **F I L E D** <br> **SAN MATEO COUNTY** <br><br> APR 17 2018 <br> Clerk of the Superior Court <br> By _____ <br> DEPUTY CLERK |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA. 94063-1655
BRANCH NAME:

| | |
|---|---|
| Plaintiff/Petitioner: CLENISHA JOVAN WYCOFF <br> Defendant/Respondent: CITISTAFF SOLUTIONS | **CASE NUMBER:** <br> 18CIV00862 |
| **PROOF OF SERVICE—CIVIL** | **JUDICIAL OFFICER:** |
| Check method of service (*only one*): <br> [X] By Personal Service   [ ] By Mail   [ ] By Overnight Delivery <br> [ ] By Messenger Service   [ ] By Fax | **DEPARTMENT:** |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action.**

2. My residence or business address is:
   P.O. BOX 52070 East Palo Alto, CA 94303

3. [ ] The fax number from which I served the documents is (*complete if service was by fax*):

4. On (*date*): April 16, 2018    I served the following **documents** (*specify*):
   COMPLAINT FOR EMPLOYMENT DISCRIMINATION
   STATEMENT OF FACTS FROM CLENISHA JOVAN WYCOFF

   [X] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the person or persons below, as follows:
   a. Name of person served: CITISTAFF SOLUTIONS

   b. [X] (*Complete if service was by personal service, mail, overnight delivery, or messenger service.*)
      Business or residential address where person was served:
      37053 Cherry Street, Newark, CA 94538

   c. [ ] (*Complete if service was by fax.*)
      Fax number where person was served:

   [ ] The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service— Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means (*specify*):
   a. [X] **By personal service. I personally delivered the documents to the persons at the addresses listed in item 5.** (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

18 - CIV - 00862 <br> PSQ1 <br> Proof of Service by <br> 1393931

| | | |
|---|---|---|
| Form Approved for Optional Use <br> Judicial Council of California <br> POS-040 [Rev. February 1, 2017] | **PROOF OF SERVICE—CIVIL** <br> **(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a, <br> 2015.5; Cal. Rules of Court, rule 2.306 <br> www.courts.ca.gov |

| CASE NAME:<br>CLENISHA JOVAN WYCOFF v CITI STAFF SOLUTIONS/TESLA MOTORS | CASE NUMBER:<br>18CIV00862 |
| --- | --- |

**6. b.** ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence *is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.*

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state)*:

**c.** ☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

**d.** ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

**e.** ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 17, 2018

Harriett Wycoff
_____
(TYPE OR PRINT NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

| SHORT TITLE: WYCOFF v CITISTAFF SOLUTIONS AND TESLA MOTORS | CASE NUMBER: 18CIV00862 |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)

*(This Attachment is for use with form POS-040)*

## The documents that were served are as follows *(describe each document specifically):*

NOTICE OF CASE MANAGEMENT CONFERENCE

NOTICE OF COMPLAINANT AND RESPONDENT

NOTICE TO COMPLAINANT OF RIGHT TO SUE

STATEMENT OF FACTS FROM CLENISHA JOVAN WYCOFF

CIVIL APPROPRIATE DISPUTE RESOLUTION INFORMATION SHEET

Form Approved for Optional Use
Judicial Council of California
POS-040(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)**
*(Proof of Service)*

Page 1 of 1